In re  **John Edward Brewton**                                                Case No.   **10-60746**
                                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| House, barns, outbuildings, empty pool on 105.44 ac. of land (107.5 less 2.05 ac. right of way) Known as 964 CR 4294, Como, Wood County, TX 75431(Abstract 0447; Odgen J C; Tract 15 and more particularly described on the attached Exhibit 1 which is incorporated by reference herein. Tax Market Value: $269,360 Estim. Market Value per Debtor based upon Current Condition of Property: $220,000 (John Brewton's Separate Property) | Rural Homestead - Fee Sim | H | $220,000.00 | $67,000.00 |
| | | Total: | **$220,000.00** | |

(Report also on Summary of Schedules)

In re  **John Edward Brewton**                                    Case No.    **10-60746**  _____
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | - | $21.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account (John Brewton) Prosperity Bank | H | $19.81 |
| | | Checking Account City National Bank (In Kathy Brewton's Name but John Brewton is an authorized signer) | W | $6.02 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Televisions (2) | - | $1,000.00 |
| | | Stereo | - | $100.00 |
| | | DVD Players (2) | - | $40.00 |
| | | VCRs (2) | - | $20.00 |
| | | CD Player | - | $20.00 |
| | | Speakers (4) | - | $100.00 |
| | | Lamps (2) | - | $50.00 |
| | | Piano | - | $150.00 |
| | | Computer Equipment | - | $400.00 |
| | | Stove - Built In | - | $100.00 |
| | | Dishwasher - Built In | - | $100.00 |

In re  **John Edward Brewton**                                    Case No.   **10-60746**
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Microwave | - | $50.00 |
| | | Craftsman Stand Up Tool Box & Tools | - | $1,000.00 |
| | | Misc. Household Goods & Furnishings | - | $100.00 |
| | | Misc. Kitchen appliances, dishes, silverware and other kitchen items | - | $200.00 |
| | | Twin Bed and Double Bed | - | $100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. Books, Pictures & Movies | - | $200.00 |
| | | Collection of childhood toy cars and trucks | - | $100.00 |
| 6. Wearing apparel. | | Clothing, Shoes & Accessories | - | $500.00 |
| 7. Furs and jewelry. | | Misc. costume jewelry and watches | - | $150.00 |
| | | Wedding Rings (2) | W | $1,000.00 |
| | | Watches (2) | W | $40.00 |
| | | Gold Wedding Band | H | $100.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Camera (Kathy's) | W | $50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance Policy (no cash value) | - | $0.00 |

In re  **John Edward Brewton**                    Case No.  **10-60746**
                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **John Edward Brewton**                    Case No.  __10-60746__
                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Judgment against Harm Jongsma in the original amount of $13,830.21 (judgment entered 3-21-2001) Cause No. 97-310; 402nd Judicial District, Wood County, TX (Abstract of Judgment recorded in OPR #78257, Vol. 1820 Pg. 394, Wood County, TX) Last Known Address of Harm Jongsma: 571 CR 4895, Winnsboro, TX 75494 (Debtor listed the value as unknown as he does not know if the judgment is currently collectible) | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | CDL with hazardous materials endorsement drivers license | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re  **John Edward Brewton**                                Case No.  **10-60746** _____
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 Dogs | H | $100.00 |
| | | 1 Cat | W | Unknown |
| | | Horse (Jocko) (Recent Auction Bid Price: $100 but did not sell horse) | - | $100.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | 1975 Ford diesel tractor | - | $5,000.00 |
| | | 2 disc attachment | - | $1,000.00 |
| | | Plow Attachment | - | $50.00 |
| | | 10 ft Shredder 7 ft Shredder 6 ft Shredder (not working) | - | $800.00 |

In re  **John Edward Brewton**                                Case No.    **10-60746**
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Feed Troughs, Hay Rings, and Misc. Farm Equip. | - | $300.00 |
| 34. Farm supplies, chemicals, and feed. | | Halters and Lead Ropes and Misc. Tack Equip. | - | $50.00 |
| 35. Other personal property of any kind not already listed.  Itemize. | | Riding Lawn Mower (not working) | - | $100.00 |

_____5_____ continuation sheets attached        **Total >**   **$13,216.83**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **John Edward Brewton**    Case No.    **10-60746**

    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

☑  Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| House, barns, outbuildings, empty pool on 105.44 ac. of land (107.5 less 2.05 ac. right of way) Known as 964 CR 4294, Como, Wood County, TX 75431(Abstract 0447; Ogden J C; Tract 15 and more particularly described on the attached Exhibit 1 which is incorporated by reference herein. Tax Market Value: $269,360 Estim. Market Value per Debtor based upon Current Condition of Property: $220,000 (John Brewton's Separate Property) | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $153,000.00 | $220,000.00 |
| Televisions (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| Stereo | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| DVD Players (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $40.00 | $40.00 |
| VCRs (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| CD Player | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| Speakers (4) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$154,280.00** | **$221,280.00** |

In re  **John Edward Brewton**          Case No.  __10-60746_____

                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Lamps (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Piano | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Computer Equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Stove - Built In | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Dishwasher - Built In | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Microwave | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Craftsman Stand Up Tool Box & Tools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| Misc. Household Goods & Furnishings | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Misc. Kitchen appliances, dishes, silverware and other kitchen items | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Twin Bed and Double Bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Misc. Books, Pictures & Movies | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Collection of childhood toy cars and trucks | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Clothing, Shoes & Accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 | $500.00 |
| | | **$157,330.00** | **$224,330.00** |

In re  **John Edward Brewton**                      Case No.   __10-60746__
                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Misc. costume jewelry and watches | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $150.00 | $150.00 |
| Wedding Rings (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,000.00 | $1,000.00 |
| Watches (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $40.00 | $40.00 |
| Gold Wedding Band | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $100.00 | $100.00 |
| Life Insurance Policy (no cash value) | Tex. Ins. Code § 1108.051 | $0.00 | $0.00 |
| 3 Dogs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $100.00 | $100.00 |
| 1 Cat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | Unknown | Unknown |
| Horse (Jocko) (Recent Auction Bid Price: $100 but did not sell horse) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $100.00 | $100.00 |
| 1975 Ford diesel tractor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $5,000.00 | $5,000.00 |
| 2 disc attachment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $1,000.00 | $1,000.00 |
| Plow Attachment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $50.00 | $50.00 |
| 10 ft Shredder 7 ft Shredder 6 ft Shredder (not working) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $800.00 | $800.00 |
| | | **$165,670.00** | **$232,670.00** |

In re  **John Edward Brewton**                    Case No.    **10-60746**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Feed Troughs, Hay Rings, and Misc. Farm Equip. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $300.00 | $300.00 |
| Halters and Lead Ropes and Misc. Tack Equip. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $50.00 | $50.00 |
| | | **$166,020.00** | **$233,020.00** |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **Cause # GV-100243 Travis Cty T**<br><br>**City of Tyler TX**<br>**212 N. Bonner**<br>**Tyler, TX 75702** | | - | DATE INCURRED: **6/7/2001**<br>NATURE OF LIEN:<br>**Judgment Lien**<br>COLLATERAL:<br>**Abstract of Judgment in Hopkins & Wood Cty**<br>REMARKS:<br>**Orig. Judgment Amt: $539.39 + 10% int.**<br>**Est. Current Bal.: $1291.01**<br><br>VALUE: **$0.00** | | | | $1,291.01 | $1,291.01 |
| ACCT #: **Cause # 31,562-CCL, Hopkins C**<br><br>**Dillard National Bank**<br>**c/o Brent P. Burford**<br>**PO Box 1674**<br>**Euless, TX 76039** | | - | DATE INCURRED: **1998**<br>NATURE OF LIEN:<br>**Judgment Lien should have expired**<br>COLLATERAL:<br>**Abstract of Judgment**<br>REMARKS:<br>**Orig. Judgment Amt: $2056.80 + 10% int.**<br>**Est. Current Bal.: $4620.78**<br><br>VALUE: **$0.00** | | | X | $4,610.61 | $4,610.61 |
| ACCT #: **x7244**<br><br>**First National Bank**<br>**PO Box 29**<br>**Winnsboro, TX 75494** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Rural HS-964 CR 4294, Como, Wood County, TX**<br>REMARKS:<br><br>VALUE: **$220,000.00** | | | | $67,000.00 | |
| ACCT #: **Cause # 2000-1785-CC Gregg C**<br><br>**Frost National Bank**<br>**PO Box 1600**<br>**San Antonio, TX 78296** | | - | DATE INCURRED: **11/2001**<br>NATURE OF LIEN:<br>**Judgment**<br>COLLATERAL:<br>**Abstract of Judgment**<br>REMARKS:<br>**Orig. Judgment Amt: $8894.78 + 10% int.**<br>**Est. Current Bal.: $16,622.27**<br><br>VALUE: **$0.00** | | | | $16,622.27 | $16,622.27 |

Subtotal (Total of this Page) >  **$89,523.89**   **$22,523.89**

Total (Use only on last page) >

_____**4**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **John Edward Brewton**                                    Case No. **10-60746**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Representing: **Frost National Bank** | | | **John Resendez c/o Frost National Bank 10100 Reunion Place Ste 600 San Antonio, TX 78216** | | | | **Notice Only** | **Notice Only** |
| Representing: **Frost National Bank** | | | **John Resendez John R. Resendez, PC 111 Soledad St. San Antonio, TX 78205-2230** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **Cause # 97-2082-B Gregg Cty T** <br><br>**Henry Adam Chandler c/o Ronnie Horsley, P.C. 231 S. College Ave. Tyler, TX 75702** | X | - | DATE INCURRED: **11/1997** <br>NATURE OF LIEN: **Default Judgment** <br>COLLATERAL: **Abstract of Judgment** <br>REMARKS: **Orig. Judgment Amt: $720,190 + 10% int.** <br>**Amt Claimed by Judgment Debtor in 11-2009: $2,282,798.06** <br>VALUE: **$0.00** | | | X | **$2,282,798.06** | **$2,282,798.06** |
| Representing: **Henry Adam Chandler** | | | **Brad Morin Goudarzi & Morin LLP c/o Henry Adam Chandler PO Drawer Gilmer, TX 75644** | | | | **Notice Only** | **Notice Only** |

Sheet no. _____**1**_____ of _____**4**_____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$2,282,798.06** | **$2,282,798.06** |
| Total (Use only on last page) > | | |

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Representing:<br>Henry Adam Chandler | | | Henry Adam Chandler<br>PO Box 7017<br>Tyler, TX 75711 | | | | **Notice Only** | **Notice Only** |
| Representing:<br>Henry Adam Chandler | | | Ronnie Horsley<br>Law Offices of Ronnie Horsley PC<br>c/o Henry Adam Chandler<br>PO Box 7017<br>Tyler, TX 75711-7017 | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Internal Revenue Service**<br>**PO Box 145566**<br>**Cincinnati, OH 45250-5566** | X | - | DATE INCURRED: **12/31/2006**<br>NATURE OF LIEN:<br>**Federal IRS Tax Lien**<br>COLLATERAL:<br>**1040 Taxes - 12/31/2006**<br>REMARKS:<br>**Orig. Amount of Tax Lien: $5,296.72**<br>**(Current Bal. Unknown)**<br><br>VALUE:                    **$0.00** | | | | **$5,296.72** | **$5,296.72** |
| ACCT #: **Cause # GV-100243 Travis Cty**<br><br>**Smith County TX**<br>**c/o Stanley Springerley, County Attorney**<br>**100 North Broadway, 4th floor**<br>**Tyler, TX 75702** | | - | DATE INCURRED: **6/7/2001**<br>NATURE OF LIEN:<br>**Judgment Lien**<br>COLLATERAL:<br>**Abstract of Judgment - Hopkins & Wood Cty**<br>REMARKS:<br>**Orig. Judgment Amt: $195.13 + 10% int.**<br>**Est. Current Bal.: $467.90**<br><br>VALUE:                    **$0.00** | | | | **$467.90** | **$467.90** |

Sheet no. _____**2**_____ of _____**4**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$5,764.62** | **$5,764.62** |
|---|---|---|---|
|  | Total (Use only on last page) > | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **Cause # 98-07357 Travis Cty TX**<br><br>**Texas Comptroller of Public Accounts**<br>**Attn Revenue Accounting Division**<br>**PO Box 13528**<br>**Austin, TX 78711** | X | - | DATE INCURRED: **8/21/1998**<br>NATURE OF LIEN:<br>**Judgment Lien but not timely renewed**<br>COLLATERAL:<br>**Abstract of Judgment recorded in Hopkins Cty, TX**<br>REMARKS:<br>**Orig. Judgment Amt: $42,407.43 + 10% int.**<br>**Est. Current Bal.: $93,156.92**<br><br>VALUE: **$0.00** | | | X | $93,156.92 | $93,156.92 |
| ACCT #: **Cause # GV-100243 Travis Cty T**<br><br>**Texas Comptroller of Public Accounts**<br>**Revenue Accounting - Certifications**<br>**111 E. 17th St.**<br>**Austin, TX 78774** | | - | DATE INCURRED: **6/7/2001**<br>NATURE OF LIEN:<br>**Judgment Lien**<br>COLLATERAL:<br>**Abstract of Judgment in Hopkins & Wood Cty, TX**<br>REMARKS:<br>**Orig. Judgment Amt: $50,796.96 + 10% int.**<br>**Est. Current Bal.: $121,806.16**<br><br>VALUE: **$0.00** | | | | $121,806.16 | $121,806.16 |
| ACCT #: **Cause # CA4458, JP1 Pl2, Hopk**<br><br>**Texas Utilities Electric Company**<br>**c/o Lois J. Duran**<br>**PO Box 650393**<br>**Dallas, TX 75265-9627** | | - | DATE INCURRED: **2001**<br>NATURE OF LIEN:<br>**Judgment Lien**<br>COLLATERAL:<br>**Abstract of Judgment**<br>REMARKS:<br>**Orig. Judgment Amt: $2,063.06 + 10% int.**<br>**Est. Current Bal.: $4,889.68**<br><br>VALUE: **$0.00** | | | | $4,889.68 | $4,889.68 |
| ACCT #:<br><br>**Texas Workforce Commission**<br>**TWC Bldg.**<br>**Austin, TX 78778-0001** | | - | DATE INCURRED: **1/8/1998**<br>NATURE OF LIEN:<br>**State Tax Lien**<br>COLLATERAL:<br>**TWC Lien filed in Hopkins County, TX**<br>REMARKS:<br>**State Tax Lien against John E Brewton Investments Inc. (not John Brewton, indiv.-originally in the amount of $137.83 (Current Bal., if any, unknown)**<br>VALUE: **$0.00** | | | X | $137.83 | $137.83 |

Sheet no. ___**3**___ of ___**4**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $219,990.59 | $219,990.59 |
| Total (Use only on last page) > | | |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **John Edward Brewton**                                    Case No.  **10-60746**

                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Wood County Tax Assessor**<br>**PO Box 1919**<br>**Quitman, TX 75783** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Rural HS-964 CR 4294, Como, Wood County, TX**<br>REMARKS:<br>**Notice Only**<br><br>VALUE:                    **$220,000.00** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____**4**_____ of _____**4**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$0.00** | **$0.00** |
| Total (Use only on last page) > | **$2,598,077.16** | **$2,531,077.16** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re **John Edward Brewton**                                        Case No.    **10-60746**

(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

In re  **John Edward Brewton**                                  Case No.  __10-60746__
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8624**<br>**Bank Of America**<br>**PO Box 17054**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **06/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $7,074.00 |
| ACCT #:  **2984**<br>**Bank Of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | | - | DATE INCURRED:  **05/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,884.00 |
| ACCT #:  **7193**<br>**Bank Of America**<br>**PO Box 17054**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **12/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,608.00 |
| **Representing:**<br>**Bank Of America** | | | **Bank of America Corp. Ctr**<br>**100 N Tryon St**<br>**Charlotte, NC 28255** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxx3134**<br>**Barclays Bank Delaware**<br>**Attention:  Customer Support Department**<br>**PO Box 8833**<br>**Wilmington, DE 19899** | | - | DATE INCURRED:  **09/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,978.00 |
| **Representing:**<br>**Barclays Bank Delaware** | | | **Juniper**<br>**Card Services**<br>**PO Box 8801**<br>**Wilmington, DE 19899-8801** | | | | **Notice Only** |
| | | | | | Subtotal > | | **$17,544.00** |
| | | | | | Total > | | |

___6___continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bettie Ann Hicks**<br>**6912 Lyndale Dr**<br>**Fort Worth, TX 76148** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx7417**<br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | - | DATE INCURRED:  **02/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,634.00** |
| ACCT #:  **xxxxxxxx5586**<br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | - | DATE INCURRED:  **04/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,677.00** |
| ACCT #:  **xxxxxxxx2164**<br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | - | DATE INCURRED:  **09/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,949.00** |
| ACCT #:  **xxxxxxxx2164**<br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | - | DATE INCURRED:  **03/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$837.00** |
| ACCT #:  **xxxxxxxx0073**<br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | - | DATE INCURRED:  **05/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$391.00** |

Sheet no. ____1____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$9,488.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **John Edward Brewton**                                          Case No.   **10-60746**
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-3863**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **11/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,067.00** |
| **Representing:**<br>**Chase** | | | **Chase**<br>**Card Member Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-6634**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **12/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$232.00** |
| **Representing:**<br>**Chase** | | | **Chase**<br>**Card Member Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3755**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxxxxxxxxxx1655**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____**2**____ of ____**6**____ continuation sheets attached to           **Subtotal >**          **$2,299.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **John Edward Brewton**                              Case No.   **10-60746**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-9601**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xx0364**<br>**Chevron / Texaco Citibank**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | - | DATE INCURRED:  **07/12/2007**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxx7904**<br>**Citgo Oil / Citibank**<br>**Attn:  Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | - | DATE INCURRED:  **11/1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,685.00** |
| **Representing:**<br>**Citgo Oil / Citibank** | | | **Citgo**<br>**Citgo Petroleum Corp.**<br>**PO Box 4689**<br>**Houston, TX 77210** | | | | **Notice Only** |
| ACCT #:<br>**First National Bank**<br>**PO Box 29**<br>**Winnsboro, TX 75494** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Prior secured business loans with FNB;**<br>**disputed but believed to be charged off - no**<br>**collateral remaining** | | | X | **Notice Only** |
| ACCT #:  **xxxxxxx3673**<br>**GEMB/Chevron**<br>**Attention: Bankruptcy**<br>**PO Box 103106**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$82.00** |

Sheet no. ____3____ of ____6____ continuation sheets attached to                          Subtotal >     **$1,767.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                      (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                 Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx1698**<br>**GEMB/Dillards**<br>**Po Box 981471**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **01/1982**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxx8461**<br>**GEMB/Walmart**<br>**PO Box 981400**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **07/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$624.00** |
| ACCT #:<br>**Harm Jongsma**<br>**571 CR 4895**<br>**Winnsboro, TX 75494** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Notice Only - Pending Judgment by Debtor against Harm Jongsma** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-9732**<br>**HSBC Bank**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **09/22/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,829.00** |
| ACCT #:  **xxxxxxxx1174**<br>**HSBC Bank**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **12/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$925.00** |
| ACCT #:<br>**Jerry Atherton**<br>**909 ESE Loop 323, Suite 750**<br>**Tyler, TX 75701** | | - | DATE INCURRED:  **1998**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$1,500.00** |

Sheet no. ____**4**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$4,878.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Kathy Bass Brewton**<br>**KBR D-4 Falcon**<br>**APO-AE Iraq 09361** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Louisiana Dept of Justice**<br>**Collection Section**<br>**1885 N 3rd St**<br>**Livingston Bldg. Ste 5012**<br>**Baton Rouge, LA 70802** | | - | DATE INCURRED: **2003**<br>CONSIDERATION:<br>**Ticket**<br>REMARKS:<br>**Disputed - Paid by Jason Burroughs, former employer of John Brewton (but recent collection by State of LA)** | | | X | **$325.00** |
| ACCT #:  **xxxxxxxxx7320**<br>**Macys/FDSB**<br>**Macy's Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040** | | - | DATE INCURRED: **05/1972**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$773.00** |
| Representing:<br>**Macys/FDSB** | | | **Macy's Credit & Customer Service**<br>**PO Box 8113**<br>**Mason, OH 45040** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxx7336**<br>**Macys/FDSB**<br>**Macy's Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040** | | - | DATE INCURRED: **02/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$536.00** |
| ACCT #:  **xxxxxxxxxxx5260**<br>**Merrick Bank**<br>**PO Box 5000**<br>**Draper, UT 84020** | | - | DATE INCURRED: **10/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,769.00** |

Sheet no. ____5____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,403.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **John Edward Brewton**                        Case No.  **10-60746**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Merrick Bank** | | | **Merrick** **Customer Service** **PO Box 9201** **Old Bethpage, NY 11804-9001** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-0990** **Orchard Bank** **PO Box 5253** **Carol Stream, IL 60197** | | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | **$875.00** |
| ACCT #:  **xxxx-xxxx-xxxx-9258** **Sears/CBSD** **PO Box 6189** **Sioux Falls, SD 57117** | | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | **Unknown** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**6**_____ of _____**6**_____ continuation sheets attached to               **Subtotal >**                     $875.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**                     $41,254.00
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **John Edward Brewton**                                   Case No. <u>**10-60746**</u>
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re  **John Edward Brewton**                          Case No.   **10-60746**

                                                                      (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bettie Ann Brewton**<br>6912 Lyndale Dr.<br>Fort Worth, TX 76148 | **Texas Comptroller of Public Accounts**<br>Attn Revenue Accounting Division<br>PO Box 13528<br>Austin, TX 78711 |
| **John E. Brewton Co.**<br>(no longer in business) | **Henry Adam Chandler**<br>c/o Ronnie Horsley, P.C.<br>231 S. College Ave.<br>Tyler, TX 75702 |
| **Kathy Bass Brewton**<br>KBR D-4 Falcon<br>APO-AE Iraq 09361 | **Internal Revenue Service**<br>PO Box 145566<br>Cincinnati, OH 45250-5566 |
| **Whiskey River**<br>(no longer in business) | **Henry Adam Chandler**<br>c/o Ronnie Horsley, P.C.<br>231 S. College Ave.<br>Tyler, TX 75702 |

In re  **John Edward Brewton**                                           Case No.  __10-60746_____

                                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Separated** | Relationship(s):  Wife | Age(s): 48 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Unemployed | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

|  | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | **$0.00** | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
|  | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|  | b. Social Security Tax | $0.00 | |
|  | c. Medicare | $0.00 | |
|  | d. Insurance | $0.00 | |
|  | e. Union dues | $0.00 | |
|  | f. Retirement | $0.00 | |
|  | g. Other (Specify) _____ | $0.00 | |
|  | h. Other (Specify) _____ | $0.00 | |
|  | i. Other (Specify) _____ | $0.00 | |
|  | j. Other (Specify) _____ | $0.00 | |
|  | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | | |
| 13. | Other monthly income (Specify): | | |
|  | a. Income from Wife _____ | $2,500.00 | |
|  | b. _____ | $0.00 | |
|  | c. _____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$2,500.00** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,500.00** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$2,500.00** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor and his wife Kathy Brewton have been separated since Jan. 2010.  She lives in Iraq but has contributed $2,500.00 per month to John Brewton since Jan. 2010 (deposited in their City National Bank account).**

IN RE:  **John Edward Brewton**                    Case No.  <u>10-60746</u>

(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,099.69 |
|    a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $300.00 |
|           b. Water and sewer | |
|           c. Telephone | $29.00 |
|           d. Other:   Internet | $52.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $350.00 |
| 5. Clothing | $10.00 |
| 6. Laundry and dry cleaning | $5.00 |
| 7. Medical and dental expenses | $10.00 |
| 8. Transportation (not including car payments) | $100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $87.50 |
|           b. Life | $29.00 |
|           c. Health | |
|           d. Auto | $173.25 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $155.00 |
| Specify: Property Taxes | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  Cell Phone | $116.00 |
| 17.b. Other: Satellite | $40.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$2,606.44** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Wife was also paying for Debtor to go to marriage counseling since March 2010 until June 2010 but wife still lives in Iraq. Separated since January, 2010.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $2,500.00 |
| b. Average monthly expenses from Line 18 above | $2,606.44 |
| c. Monthly net income (a. minus b.) | ($106.44) |

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

In re  **John Edward Brewton**                    Case No.    **10-60746**

                                                 Chapter     **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $220,000.00 | | |
| B - Personal Property | Yes | 6 | $13,216.83 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $2,598,077.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $41,254.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,606.44 |
| TOTAL | | 28 | $233,216.83 | $2,639,331.16 | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

In re  **John Edward Brewton**

Case No.  **10-60746**

Chapter  **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **08/08/2010**_____          Signature  **/s/ John Edward Brewton**_____
                                                                      **John Edward Brewton**


Date _____          Signature _____

                                                                     [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*